UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DREW J. WRIGHT,

Plaintiff,

v. Case No: 6:26-cv-1409-JSS-LHP

DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),

Defendants.
___________________________________/

**ORDER**

Plaintiff filed a Notice of Voluntary Dismissal. (Dkt. 16.) Upon review of the docket, Defendants have not filed an answer or motion for summary judgment in this matter. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order."). Accordingly, this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk is **DIRECTED** to close this case. Each party shall bear their respective fees and costs.

**ORDERED** in Orlando, Florida, on October 1, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record